# Court of Appeals, State of Michigan

## ORDER

People of MI v Terreik Jaylel Latham

Docket No.    338891

LC No.        16-009739-01-FC

Michael J. Riordan
Presiding Judge

David H. Sawyer

Kathleen Jansen
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued February 20, 2020 is hereby VACATED. A new opinion will be issued.

Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

June 12, 2020
Date

Chief Clerk